IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DAWUAN TERRELL MUDD;<br>a/k/a DIVINE SERENITY MOON,<br><br>Plaintiff,<br><br>VS.<br><br>Warden DESHAWN JONES; *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   NO.: 4:21-CV-170-CDL-MSH<br>:<br>:<br>:<br>:<br>: |

## ORDER

Plaintiff Dawaun Terrell Mudd, a/k/a Divine Serenity Moon, a former inmate at Rutledge State Prison in Columbus, Georgia, filed a 42 U.S.C. § 1983 action. ECF No. 1. He also moved to proceed *in forma pauperis*. ECF No. 2. Plaintiff was released from prison and on October 19, 2021, the Court ordered him to file a non-prisoner pauper's affidavit and amend his complaint. ECF No. 5. Plaintiff failed to respond to the Order.

On November 10, 2021, the Court ordered Plaintiff to show cause why his case should not be dismissed for failure to respond to the Court's October 19, 2021 Order. ECF No. 6. The Court informed Plaintiff that should he fail to respond, his action would be dismissed. *Id.* Plaintiff did not respond.

Due to Plaintiff's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978))

("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this **9th** day of **December, 2021**.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA